Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
 (530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorney for Plaintiff
LOUIS ZIRELLI

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LOUIS ZIRELLI,<br>            Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; QUALITY LOAN SERVICE CORPORATION; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; LEHMAN BROTHERS BANK, FSB; ALLIANCE TITLE; and DOES 1 through 10,<br><br>            Defendants. | **CASE NO.  2:11-cv-00305-GEB-DAD**<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**HON. GARLAND E. BURRELL** |

      1.   Plaintiff, LOUIS ZIRELLI, filed his original Complaint in this action on February 1, 2011.

      2.   Defendants Bank of America, N.A. and Mortgage Electronic Registration System, Inc. responded by filing a Motion to Dismiss on March 7, 2011.  This motion was set for a hearing on April 18, 2011.

      3.   Defendant Quality Loan Service Corporation responded by filing a Declaration of Nonmonetary Status on March 29, 2011.

      4.   Notwithstanding the pending motion, Counsel for Plaintiff, LOUIS ZIRELLI, and counsel for Defendants Bank of America, N. A. and Mortgage Electronic Registration System, as well as counsel for Defendant Quality Loan Service Corporation, agree and so stipulate, that

1  Plaintiff shall file a First Amended Complaint no later than on April 18, 2011.

2      5.  It is further stipulated that Defendants shall have twenty one (21) days from the
3  date Plaintiff files the First Amended Complaint to file a response to the First Amended
4  Complaint.

5      6.  It is further stipulated that no new causes of action will be added to the First
6  Amended Complaint with respect to Defendants Bank of America, N.A. or Mortgage Electronic
7  Registration System or Quality Loan Service Corporation.

8      7.  It is further stipulated that the hearing on Defendants' Bank of America, N.A. and
9  Mortgage Electronic Registration System Motion to Dismiss, currently scheduled for April 18,
10 2011 at 9:00 am, is hereby vacated.

11     8.  Counsel for Plaintiff LOUIS ZIRELLI, counsel for Defendants Bank of America,
12 N.A. and Mortgage Electronic Registration System, and counsel for Defendant Quality Loan
13 Service Corporation respectfully request the Court to accept this Stipulation and sign the Order
14 below.

16 Dated: April 1, 2011        **/s/ Holly S. Burgess** .
17     Holly S. Burgess, Attorney for
    Plaintiff, LOUIS ZIRELLI

19 Dated: April 1, 2011        **/s/ Luke W. Bowman** .
20     LUKE W. BOWMAN, Attorney for Defendants
    Bank of America, N.A. and
    Mortgage Electronic Registration System

22 Dated: April 1, 2011        **/s/ Michelle Hoskinson** .
23     MICHELLE HOSKINSON, Attorney for Defendant
    Quality Loan Service Corporation

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED, that the foregoing Stipulation to file a First Amended |
| 3 | Complaint by Plaintiff be deemed effective as a Court Order.  Plaintiff shall file a First |
| 4 | Amended Complaint no later than on April 18, 2011.  Defendants shall have twenty one |
| 5 | (21) days from the date Plaintiff files the First Amended Complaint to file response to the |
| 6 | First Amended Complaint.  The hearing on Defendants' Bank of America and Mortgage |
| 7 | Electronic Registration System Motion to Dismiss, currently scheduled for April 18, 2011 |
| 8 | at 9:00 am in Courtroom 10 is hereby vacated. |
| 9 | **Date:  4/4/2011** |

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-