IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ZIRELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>BAC HOME LOAN SERVICING, L.P.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; ALLIANCE TITLE; QUALITY LOAN SERVICE CORPORATION; LSI TITLE COMPANY; LEHMAN BROTHERS BANK, FSB; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____ | 2:11-cv-00305-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

        The Joint Status Report filed May 10, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 23, 2011 is continued to October 3, 2011 at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that Defendants Alliance Title and Lehman Brothers Bank may be dismissed as defendants in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve these Defendants within the 120 day period

prescribed in Rule 4(m) in a filing due no later than 4:00 p.m. on June 3, 2011.

Lastly, Defendant LSI Title Company may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve this Defendant within the 120 day period prescribed in Rule 4(m) in a filing due no later than 4:00 p.m. on August 19, 2011.

IT IS SO ORDERED.

Dated: May 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge